UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO. 13-4000-DHH |
| KWAME ESSEL DJANSON, ) | (See also, Eastern District of Virginia |
| ) | Cr. No. 13-177) |
| Defendant ) | |

**RULE 5 ORDER OF REMOVAL**
**May 13, 2013**

**HENNESSY, M.J.**

### I. Nature of the Offense and the Government's Motion

This is a commitment to another District proceeding, pursuant to Fed. R. Crim. P. 5(c)(3). The Defendant, Kwame Essel Djanson, was arrested in this District pursuant to a warrant for his arrest issued in the United States District Court for the Eastern District of Virginia. The warrant was based on an indictment charging the Defendant with Unlawful Procurement of Naturalization, in violation of 18 U.S.C. § 1425(a); False Statement in Connection with Purchase of Firearm, in violation of 18 U.S.C. § 924(a)(1)(A); and False Statement in Passport Application, in violation of 18 U.S.C. § 1542.

This Court conducted an initial appearance on May 9, 2013, the date of the Defendant's arrest. The Defendant was advised of his rights under Fed. R. Crim. P. 5(c)(3), including his right to an identity hearing, and Fed. R. Crim. P. 5(d).

At the initial appearance, the United States moved that the Defendant be returned to the Eastern District of Virginia in custody, pursuant to 18 U.S.C. § 3142(f)(2)(A) (risk of flight). The Defendant requested an identity hearing. Accordingly, an identity/detention hearing was scheduled on May 14, 2013.

In light of statements the Defendant made to the Probation Department, which was conducting a pretrial services interview of the Defendant in the presence of the Defendant's attorney, the Court ordered a recall of the matter on May 9, 2013. On recall, the Defendant, with the assistance of his counsel, knowingly and voluntarily waived his right to a detention hearing without prejudice to move for release on conditions in the Eastern District of Virginia, and knowingly and voluntarily waived his right to an identity hearing. The Defendant and his attorney executed a written waiver memorializing the Defendant's decision to waive each hearing.

I find that the Defendant is the person named in the warrant.

The United States has produced a copy of the warrant in compliance with Rule 5.

## II. Order of Detention

WHEREFORE, the Defendant is REMANDED to the custody of the United States Marshals Service and ORDERED removed to the Eastern District of Virginia.

## **RIGHT OF APPEAL**

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

/s/ David H. Hennessy
**DAVID H. HENNESSY**
**UNITED STATES MAGISTRATE JUDGE**